# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **FATHERS & DAUGHTERS NEVADA, LLC**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**KURESHA MOALIITELE**,<br><br>　　　　　Defendant. | Case No. 3:16-cv-926-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

　　Based on the Court's ORDER,

　　**IT IS ADJUDGED** that this case is DISMISSED.

　　DATED this 7th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*
　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge